# UNITED STATES DISTRICT COURT
for the

Southern District of Illinois

Donnell Lewis Jr

_____

Plaintiff/Petitioner(s)

v.

Officer John Clemons, Sgt. Rich, Capt. Brown, Unknown Supervisor, all of the Union Pacific Railroad Police, and Unknown St. Clair County Booking Officer

Defendant/Respondent(s)

Case Number: 11-cv-579-GPM
(Clerk's Office will provide)

☒ CIVIL RIGHTS COMPLAINT
pursuant to 42 U.S.C. §1983 (State Prisoner)
☐ CIVIL RIGHTS COMPLAINT
pursuant to 28 U.S.C. §1331 (Federal Prisoner)
☐ CIVIL COMPLAINT
pursuant to the Federal Tort Claims Act,
28 U.S.C. §§1346, 2671-2680, or other law

## I. JURISDICTION

**Plaintiff:**

A. Plaintiff's mailing address, register number, and present place of confinement.

5025 Cote Brillante Ave.
St. Louis, MO 63113

**Defendant #1:**

B. Defendant John Clemons is employed as
  (a) (Name of First Defendant)
a Union Pacific Railroad Police
  (b) (Position/Title)
with Union Pacific Railroad, 1400 Douglas St.
  (c) (Employer's Name and Address)
Omaha, NE. 68179

At the time the claim(s) alleged this complaint arose, was Defendant #1 employed by the state, local, or federal government? ☒ Yes ☐ No

If your answer is YES, briefly explain: At the time the claims alleged in this complaint arose, officer Clemons was employed, "on duty" as a Union Pacific Railroad Police.

(Rev. 7/2010) 1

**Defendant #2:**

C.   Defendant _Sgt. Rick_ is employed as
(Name of Second Defendant)

_Union Pacific Railroad Police Sgt._
(Position/Title)

with _Union Pacific Railroad; 1400 Douglas St._
(Employer's Name and Address)
_Omaha, NE. 68179_

At the time the claim(s) alleged in this complaint arose, was Defendant #2 employed by the state, local, or federal government?   ☑ Yes   ☐ No

If you answer is YES, briefly explain: _At the time the claims alleged in this complaint arose, Sgt. Rick was, on duty, as a Union Pacific Railroad Police._

**Additional Defendant(s) (if any):**

D.   Using the outline set forth above, identify any additional Defendant(s).

**DEFENDANT #3**
_Capt. Brown is employed as a Union Pacific Railroad Police Officer with Union Pacific Railroad; 1400 Douglas ST. Omaha, NE. 68179_
_At the time the claims alleged in this complaint arose Defendant #3 was employed by the state, on duty, as a Railroad Police Officer._

" SEE Following Page

**DEFENDANT #4**

E. Unknown Supervisor is employed as a Union Pacific Railroad Police Officer with Union Pacific Railroad; 1400 Douglas St. Omaha, NE 68179
At the time the claims alleged in this complaint arose, Defendant #4 was employed by the state, on duty, as a Union Pacific Railroad Police.

F. **DEFENDANT #5**
Unknown Booking Officer is employed as a deputy Sheriff of the St. Clair County Jail 700 N. 5th St. Belleville, IL 62220
At the time the claims alleged in this complaint arose, Defendant #6 was employed by the STATE, ON DUTY, as a ST. Clair County Jail Booking Officer.

## II. PREVIOUS LAWSUITS

A. Have you begun any other lawsuits in state or federal court relating to your imprisonment?   ☐ Yes   ☑ No

B. If your answer to "A" is YES, describe each lawsuit in the space below. If there is more than one lawsuit, you must describe the additional lawsuits on another sheet of paper using the same outline. <u>Failure to comply with this provision may result in summary denial of your complaint.</u>

1. Parties to previous lawsuits:
   Plaintiff(s):


   Defendant(s):


2. Court (if federal court, name of the district; if state court, name of the county):

3. Docket number:

4. Name of Judge to whom case was assigned:

5. Type of case (for example: Was it a habeas corpus or civil rights action?):

6. Disposition of case (for example: Was the case dismissed? Was it appealed? Is it still pending?):

7. Approximate date of filing lawsuit:

8. Approximate date of disposition:

III. **GRIEVANCE PROCEDURE**

    A.    Is there a prisoner grievance procedure in the institution? ☐ Yes    ☐ No

    B.    Did you present the facts relating to your complaint in the prisoner grievance procedure?    ☐ Yes    ☐ No

    C.    If your answer is YES,
        1.    What steps did you take?

        2.    What was the result?

    D.    If your answer is NO, explain why not.

    E.    If there is no prisoner grievance procedure in the institution, did you complain to prison authorities?    ☐ Yes    ☐ No

    F.    If your answer is YES,
        1.    What steps did you take?

        2.    What was the result?

    G.    If your answer is NO, explain why not.

    H.    Attach copies of your request for an administrative remedy and any response you received. If you cannot do so, explain why not:

IV.  **STATEMENT OF CLAIM**

    A.  State here, as briefly as possible, when, where, how, and by whom you feel your constitutional rights were violated. Do not include legal arguments of citations. If you wish to present legal arguments or citations, file a separate memorandum of law. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. If your claims relate to prison disciplinary proceedings, attach copies of the disciplinary charges and any disciplinary hearing summary as exhibits. You should also attach any relevant, supporting documentation.

"SEE ATTACHED"

On , or about, the night of Feb. 8 2010 at , or approximately 8 :00p.m., Officer John Clemons of the Union Pacific Railroad Police passed me traveling in the opposite direction, approximately 30 yards from the Union Pacific railroad tracks located on 4th and Trendley Ave. Recognizing my vehicle, because one week prior he pulled me over and harassed me regarding stolen televisions, an incedent that I immediately reported to his supervisor Capt. Brown and my parole officer Richard Wactor, he immediately made a u- turn and signaled for me to stop. I immediately pulled over directly under the Tudor exit located on 8th and Trendley Ave. , approximately 80 yards from Union Pacific's railroad tracks. Officer Clemons exited his vehicle with his weapon aimed in my direction and ordered me to turn off my vehicle, to drop my keys out the window, to exit my vehicle with my hands in the air and my back to him , and to lie on the ground with my arms away from my body. Officer Clemons warned me that he was looking for a reason to "put a bullet in my ass," and that if I made one wrong move that he would "shoot to kill." After meticulously obeying his commands, the officer approached and stood over me with his weapon aimed at my head and insisted that I must have been in the area burglarizing a train that had recently passed through. After repeatedly proclaiming my innocence, Officer Clemons threatened that if I did not tell him where those televisions were that were stolen 2 weeks prior that he was going to "lock my ass up." He handcuffed my hands behind my back and searched me as i lie on the ground , and shouted, "and I am about to have this ragged motherfucker towed ," in reference to my vehicle. Before the tow truck arrived, Officer Clemons went through my tools and seized a pair of motarola 2 way radios and a pair of bolt cutters, referring to them as burglary tools, that he has yet to return. As I lie on the ground handcuffed, I repeatedly demanded that I had done nothing wrong, that I had license and insurance and that he did not have probable cause to stop me, arrest me , or tow my vehicle. I told the officer that I had not even seen a train in the area and that I knew nothing about any stolen televisions , I insisted that I had just arrived home from work , leaving my home only to pick up my wife's call in order of fried rice. I literally begged the officer to verify my story with the restaurant's owner, my wife, or by checking the temperature of the bag of rice that sat on my front seat. Officer Clemons said,"I don't eat the shit," and laughed at me. Once the tow truck departed , Officer Clemons secured me in his vehicle and escorted me to the St. Clair County Jail, instructing the Booking Officer to book me in for a burglary. After more than 24 hours of this warrantless arrest, Officer Clemons and SGT. Rick interrogated me demanding that since I was on federal probation, and already in their custody that I "HELP MYSELF" by confessing to burglarizing a train and stealing televisions 2 weeks prior. SGT. Rick also informed me that my mother-in –law, wife, supervisor, and family lawyer had contacted his superiors complaining about my detention, and had in the process consented to a search of our home which came up clean. After about 45 minutes, I was returned to the holding cell. The St, Clair County Jail Booking Officer that escorted me to the holding cell stated that, Officer Clemons has been on the war path, " and that I was about the 5th person that he had brought in that month alone under a 48 hour investigation. Hours later, Officer Clemons appeared at the holding cell door demanding that I sign a Union Pacific citation for trespassing, a charge that was subsequently stricken off call with leave to reinstate, as a condition of him releasing me. Not aware at the time that my 4th and 5th amendment rights had been violated, I signed and was released about 20 minutes later without even being required to post bond. This trespassing charge was fabricated by Officer Clemons after discovering that a burglary had not even taken place the night that I was illegally arrested. This charge was a desperate attempt to satisfy probable cause for a sham arrest and the towing of my vehicle. During this unlawful detention, I was deprived of my liberty for 48 hours without a probable cause determination hearing before a judicial officer after being arrested without a warrant, nor was I ever given the opportunity to post bond. Officer Clemons' supervisors were well aware that this illegal detention was taking place and not only failed to prevent a constitutional violation, but infact, took an active part in it by directing, consenting to, and authorizing an interrogation and the searching of my home regarding unrelated crimes, further delaying my probable cause determination hearing, or my release. Union Pacific Railroad

Police Officer John Clemons has made a practice of illegally arresting, and illegally detaining persons arrested without warrants. In the last 15 years this constitutional violation has become so longstanding that it amounts to an unspoken rule used with the force of the law. Within just a 1 month period, The St. Clair County Jail, and The E St. Louis Police Dept., under the instruction of Officer Clemons, also illegally detained Marcus Stewart, Ronald Bonner, Jerry Richardson, and Dearius Cox by holding each of them for 48 hours without giving them a probable cause determination hearing, or by delaying their release while they searched their homes regarding unrelated crimes, after arresting them without probable cause. After my release Officer Clemons continued to harass me. I contacted his supervisors, including Capt. Brown, atleast 3 times after I was released complaining about this overzealous officer's unscrupulous tactics. For almost 20 years I have been at the mercy of this officer's every whim, and I now ask this court for justice

# COUNT I.

Illegal Detention against all named Defendants, in their official and individual capacities, for a warrantless 48 hour detention without the opportunity to post bond, and for unreasonably delaying Plaintiff's probable cause determination hearing, and his release after administrative steps incident to the arrest were completed, in violation of a clearly Established Constitutional Law.

# COUNT II.

Illegal Arrest against Union Pacific's Police Officer John Clemons, in his official and individual capacity, for an arrest based on suspicion, for making an investigatory arrest, and for arresting Plaintiff without probable cause in violation of a clearly established Constitutional Law.

# COUNT III.

Unlawful Search and Seizure against Union Pacific's Police Officer John Clemons, in his official and individual capacity, for searching and seizing Plaintiff's property and person without a warrant, dire circumstances, or probable cause in violation of a clearly established Constitutional law.

## COUNT IV.

Procedural DUE PROCESS violation against all named Defendants, in their official and individual capacities, for failing to present Plaintiff before a judicial Magistrate, for a probable cause determination hearing, after steps incident to the arrest were completed.

## COUNT V.

Supervisory Liability against Sgt. Rich, Capt. Brown and the Unknown Union Pacific Supervisor who spoke with my family, in their official and individual capacities, for taking part in, and failing to prevent a civil rights violation.

## COUNT VI.

Malicious Prosecution against Union Pacific Police Officer John Clemons, in his Official and individual capacity, for fabricating a charge against Plaintiff.

## COUNT VII.

Conversion against Union Pacific Police Officer John Clemons, for wrongfully and without authorization assuming control over my vehicle and tools, in his Official and individual capacity.

## COUNT VIII.

Harassment against Union Pacific Rail Road Police Officer John Clemons, in his Official and individual capacity, for the threatening, belittling, stalking, and provoking of an innocent U.S. citizen.

V. **REQUEST FOR RELIEF**

State exactly what you want this court to do for you. If you are a state or federal prisoner and seek relief which affects the fact or duration of your imprisonment (for example: illegal detention, restoration of good time, expungement of records, or parole), you must file your claim on a habeas corpus form, pursuant to 28 U.S.C. §§ 2241, 2254, or 2255. Copies of these forms are available from the clerk's office.

" SEE ATTACHED "

VI. **JURY DEMAND** (*check one box below*)

The plaintiff ☑ does ☐ does not request a trial by jury.

**DECLARATION UNDER FEDERAL RULE OF CIVIL PROCEDURE 11**

I certify to the best of my knowledge, information, and belief, that this complaint is in full compliance with Rule 11(a) and 11(b) of the Federal Rules of Civil Procedure. The undersigned also recognizes that failure to comply with Rule 11 may result in sanctions.

Signed on: 6-28-11 (date)

5035 Cote Brillante
Street Address

St. Louis, MO 68179
City, State, Zip

*Donnell Lewis Jr.*
Signature of Plaintiff

Donnell Lewis Jr.
Printed Name

_____
Prisoner Register Number

_____
Signature of Attorney (if any)

(Rev. 7/2010)  6

# Prayer for Relief

Wherefore, Plaintiff respectfully prays that this Court:

(1.) Declare that the acts and omissions described herein violated Plaintiff's clearly established rights protected by the Constitution and laws of the United States.

(2.) Enter Permanent injunctions ordering all defendants, their successors, agents, employees and all persons acting in concert with them, to make sure that each person arrested with or without a warrant and detained by the Union Pacific Railroad Police are taken before a judicial officer, for a probable cause determination hearing promptly after the Officer completes administrative steps incident to the arrest, or are released without unreasonable delay.

(3) Enter judgement in favor of Plaintiff for nominal, compensatory, and punitive damages. I beg that this court award Plaintiff $250,000 in damages, on each count, for years of constitutional violations suffered at the hands of Railroad Police Officer John Clemons, and also for the unjust imperil of Plaintiff's job and interrupted sorce of income, for kidnapping plaintiff at gun-point and impairing

Plaintiff's family relations, for stealing Plaintiff's tools and towing Plaintiff's vehicle, for the continued threatening, belittling, humiliating and embarrassing of Plaintiff. For causing Plaintiff mental suffering, fear and intimidation. For the time Plaintiff wasted going to court for a fabricated charge, and for the unsanitary conditions that Plaintiff was forced to endure while sitting in the St. Clair County Jail for 48 hours for an illegal arrest.

(4.) Plaintiff also fears that Officer Clemons will resort to retalitory measures against Plaintiff for the filing of this Civil Complaint. Officer Clemons has threatened Plaintiff with death on atleast 3 occassions. Officer Clemons' police record will testify that he is certainly capable of committing such an act as he killed Plaintiff's father-in-law in his own front yard only 6 years ago. Therefore, Plaintiff begs that this honorable court will also issue a restraint order, restricting Officer Clemons from coming with-in 100 ft. of the Plaintiff, unless Plaintiff is on Union Pacific's property.