IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| DONNELL LEWIS, JR., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 3:11-cv-579-GPM-DGW |
| ) | |
| JOHN CLEMONS, et al., ) | |
| ) | |
| Defendants. ) | |

**ORDER**

**WILKERSON, Magistrate Judge:**

Now pending before the Court are the Motion for Leave to File an Amended Complaint filed by Plaintiff, Donnell Lewis, Jr., on March 18, 2013 (Doc. 53) and the Motion to Compel filed by Plaintiff on April 3, 2013 (Doc. 58).  Both Motions are **DENIED WITHOUT PREJUDICE**.

Federal Rule of Civil Procedure 15(a) generously allows for amended pleadings prior to trial.  However, Plaintiff has not complied with Local Rule 15.1 in that he has not provided the Court with the proposed amended pleading.  It is insufficient for Plaintiff to merely assert new claims in his Motion – he must submit a new proposed amended complaint for the Court to consider.   The Court notes that the issue of whether Plaintiff was detained for more or less than 48 hours is germane to the analysis of his illegal detention claim.  To the extent, then, that Defendants argue that Plaintiff has not presented *proof* of such a claim, the argument is without merit.  Such an argument should be made in a motion for summary judgment and would not necessarily block Plaintiff's ability to file an amended complaint alleging that he was detained for longer than 48 hours.  Therefore, Plaintiff may submit another motion to amend; however, Plaintiff is reminded that his pleadings must conform to Judge Murphy's March 27, 2013 Order (Doc. 54) and must set forth all the claims that he wishes to pursue in this lawsuit.

With respect to Plaintiff's Motion to Compel, this matter is set for a scheduling conference on May 13, 2013 (Doc. 64). Any issues regarding discovery can be raised at that conference. The Court reminds Plaintiff, however, that he must serve discovery requests upon Defendants as required by Federal Rule of Civil Procedure 5. And, notwithstanding his *pro se* status, Plaintiff **must** comply with all of the Federal Rules of Civil Procedure.

For the foregoing reasons, the Motion for Leave to File an Amended Complaint filed by Plaintiff, Donnell Lewis, Jr., on March 18, 2013 (Doc. 53) is **DENIED WITHOUT PREJUDICE** and the Motion to Compel filed by Plaintiff on April 3, 2013 (Doc. 58) is **DENIED WITHOUT PREJUDICE**.

**DATED: April 15, 2013**

**DONALD G. WILKERSON**
**United States Magistrate Judge**