IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| DONNELL LEWIS, JR., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 3:11-cv-579-GPM-DGW |
| ) | |
| JOHN CLEMONS, et al., ) | |
| ) | |
| Defendants. ) | |

**ORDER**

On May 13, 2013, a Scheduling Conference was held in which Plaintiff appeared *pro se*, attorney Jones appeared on behalf of Defendants Clemons and Brown, and attorney Cook appeared on behalf of Defendant Davis. Plaintiff was given a copy of this Court's *Pro Se Litigant Guide*. The Court reminds Plaintiff that notwithstanding his *pro se* status, he will be expected to follow the Orders of this Court, the Federal Rules of Civil Procedure, and the Local Rules.

The Motion to Amend filed by Plaintiff on May 2, 2013 is **GRANTED**. Defendants do not object to the amendment. The Clerk shall docket the amended complaint attached to the motion. In the amended complaint, Plaintiff seeks a preliminary injunction. Plaintiff shall file a brief in support of a preliminary injunction by **May 24, 2013**. Defendants shall file a response by **June 7, 2013**. A hearing is **SET** for **June 11, 2013 at 3:00 p.m.**

In addition to the Federal Rules of Civil Procedure and the Local Rules for the United States District Court for the Southern District of Illinois, the following procedures

will apply to this case.

1. Certain initial disclosures are required in this civil rights case[1] pursuant to Federal Rule of Civil Procedure 26(a)(1).  If not already produced, each defendant and plaintiff has **20 days from the date of this order** to produce the following:   **names of persons with knowledge of the incidents described in the complaint; reports and/or statements of persons with knowledge; medical, optical, or dental records (where appropriate); and policy statements in addition to the other items listed in Rule 26(a)(1).**

2. Discovery shall be completed by **September 13, 2013.**

3. Any interrogatories, requests for production of documents, or requests for admissions shall be served so as to allow the answering party the full thirty-day period provided by the Federal Rules of Civil Procedure in which to respond.

4. Defendant is given leave to depose plaintiff pursuant to Fed. R. Civ. P. 30(a)(2).

5. Dispositive motions shall be filed by **October 18, 2013**.

6. This matter will be set for a presumptive trial month of **March, 2014** before the District Court.

**IT IS SO ORDERED.**

**DATED: May 13, 2013**

                                        **DONALD G. WILKERSON**
                                        **United States Magistrate Judge**

---

[1] This order supersedes SDIL-LR 26.1, which exempts *pro se* cases from such disclosures.